```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2
 3   UNITED STATES OF AMERICA,)   Case No.
                              )             CR
                              )   01-14019-MOORE/LYNCH
 4          Plaintiff,        )
                              )
 5          -v-               )
                              )
 6   RAMIRO RAMOS, JUAN RAMOS )
     and JOSE RAMOS,          )
 7                            )
            Defendant.        )   Fort Pierce, Florida
 8                            )   April 23, 2002
     _____)
 9
10              TRANSCRIPT OF MOTION TO SUPPRESS
11           BEFORE THE HONORABLE FRANK J. LYNCH
12                   U.S. MAGISTRATE JUDGE
13   Appearances:
14   For the Government         Daniel A. Velez, AUSA
                                U.S. Department of Justice
15                              601 D Street N.W.
                                Washington, DC  20530
16
     For Defendant Ramiro Ramos  Joaquin G. Perez, ESQ.
17                               6780 Coral Way, Suite 200
                                 Miami, FL  33155
18
     For Defendant Juan Ramos    Nelson A. Rodriguez-Varela
19                               6780 Coral Way, Suite 200
                                 Miami, FL  33155
20
     For Defendant Jose Ramos    Alfredo Horta, ESQ.
21                               1920 North Orange Avenue
                                 Orlando, FL  32804
22
     Reporter                    Stephen W. Franklin, RPR, CRR
23   (561)651-3865               Official Court Reporter
                                 701 Clematis Street, Suite 417
24                               West Palm Beach, Florida  33401
25   ALSO PRESENT:               Two Spanish interpreters.
```

FILED by _____ D.C.
APPEAL
JUN 1 3 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI