```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION

 3                          Case 01-14019-CR

 4   THE UNITED STATES OF AMERICA,

 5                   Plaintiff,
                                          FT. PIERCE, FLORIDA
 6        vs.                              JUNE 25, 2002

 7   RAMIRO RAMOS, JUAN RAMOS, and
     JOSE RAMOS,
 8
                     Defendants.
 9
     _____
10
            TRANSCRIPT OF JURY TRIAL - MORNING SESSION
11
            BEFORE THE HONORABLE K. MICHAEL MOORE,
12                 UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15   FOR THE GOVERNMENT:

16                       DANIEL VELEZ, A.U.S.A.
                         ADRIANA VIECO, A.U.S.A.
17                       ANDREW HUANG, A.U.S.A.
                         U.S. DEPARTMENT OF JUSTICE
18                       Civil Rights Division
                         P.O. Box 66018
19                       Washington, DC 20035-6018

20
     FOR THE DEFENDANTS:
21
                         JOAQUIN PEREZ, ESQ.
22                       For Ramiro Ramos

23                       NELSON RODRIGUEZ, ESQ.
                         For Juan Ramos
24
                         ALFREDO HORTA, ESQ.
25                       For Jose Ramos
```

Filed by Appeals, D.C. — OCT 0 9 2002 — CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI

